Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| MAERSK LINE, | ) Case No. CV13-4375 JCG |
|---|---|
| Plaintiff, | ) |
| vs. | ) **DISMISSAL ORDER** |
| ENC, INC. | ) |
| Defendant. | ) |

//
//
//
//
//
//
//

1

**JS-6 Entered**

1  Pursuant to the stipulation between the parties, by and through their counsel of
2  record, the above-captioned action per F.R.C.P. rule 41(a)(1)(A)(ii) is hereby dismissed
3  with prejudice, each party to bear their own costs and fees.

June 17, 2014                    By: _____
                                 Hon. Jay C. Gandhi
                                 United States Magistrate Judge

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

On June 17, 2014, I served the foregoing document described as **[PROPOSED] DISMISSAL** on the interested parties in this action as follows:

John A. Axtell
J.J. Kim
Law Offices of J.J. Kim
9252 Garden Grove Blvd., Ste.23
Garden Grove, CA 92844

[ ] **BY MAIL:** I caused such envelope to be deposited in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error. A copy of the transmission report properly issued by the transmitting facsimile machine is attached hereto and shows the date, time and telephone number of the transmitting facsimile machine. Facsimile transmissions were sent and addressed as stated above:

[x] **VIA CM/ECF:** Pursuant to General Order 10-07 the forgoing document was served on opposing counsel via the Court's CM/ECF system.

[**X**] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 17, 2014 at Long Beach, California.

_s/Stephen M. Uthoff_____
Stephen M. Uthoff

3